```
                  UNITED STATES DISTRICT COURT
                          FOR THE
                     DISTRICT OF VERMONT
```

Donald J. Coon,                        :
        Petitioner,                    :
                                       :
    v.                                 : File No. 2:14-CV-85
                                       :
Mark Shea, Shea Family Funeral         :
Homes, Washington County               :
New York Surrogate's Clerk's           :
Office, Ted Wilson, Barbara            :
Smith, Jane Doe, Clerk,                :
        Respondent.                    :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed May 8, 2014. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Coon's Application for Leave to Proceed in Forma Pauperis (Doc. 1) is GRANTED. In addition, the Court, on its own motion, DISMISSES the complaint (Doc. 1-2) without prejudice for lack of subject-matter jurisdiction, with leave to amend. Plaintiff is allowed thirty (30) days from the date of this Order to file an Amended Complaint. The Court notes that Coon has already filed the Amended Complaint consistent with the Report and Recommendation.

Dated at Burlington, in the District of Vermont, this 2nd day of June, 2014.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
District Court Judge
